|   |   |
|---|---|
| 1 | PATRICK T. CONNOR, Bar No. 89136 |
|   | pconnor@deconsel.com |
| 2 | GARRISON H. DAVIDSON, Bar No. 157426 |
|   | gdavidson@deconsel.com |
| 3 | DeCARLO, CONNOR & SHANLEY      **CLOSED** |
|   | A Professional Corporation |
| 4 | 533 S. Fremont Avenue, 9th Floor |
|   | Los Angeles, California 90071-1706 |
| 5 | Telephone:  213/488-4100 |
|   | Telecopier: 213/488-4180 |

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> ENTERPRISE DEVELOPER CORPORATION, a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO. CV 11-04372 DDP(CWx) <br><br> JUDGMENT <br><br><br> Before the Honorable <br> Dean D. Pregerson <br><br><br> DATE: September 12, 2011 <br> TIME: 10:00 a.m. <br> CTRM: 3 |

This case came for hearing on September 12, 2011 before the Honorable Dean D. Pregerson, United States District Court Judge.

It appearing that defendants, ENTERPRISE DEVELOPER CORPORATION, a California corporation, ("DEFENDANT") having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS

SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST ENTERPRISE DEVELOPER CORPORATION, a California corporation:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $13,440.59 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing dates | 76.87 |
| 3. | Audit Fees | 1,066.80 |
| 4. | Interest from due dates to September 12, 2011 (accruing at $2.58 per day) | 1,906.64 |
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 1,983.51 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 1,475.06 |
| | GRAND TOTAL | $19,949.47 |
| 7. | Plus costs to be determined after entry of judgment. | |
| 8. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the current rate. | |

////

////

2

1  AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE
2  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS
3  SOUTHWEST TRUSTS'S SECOND CLAIM FOR RELIEF AGAINST
4  ENTERPRISE DEVELOPER CORPORATION, a California corporation:

    For an order compelling DEFENDANT to submit its reports for the period April 2009 through March 2010, with payment for the fringe benefit contributions.

DATED: September 16, 2011

_____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE